No. 95–5148. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5149. NJOKU v. YOUNG ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–5150. JOHNSON v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5152. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5153. SANDERS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 95–5154. WHITE, AKA LIVINGSTON, AKA HILTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5155. LISA A. ET AL. v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN'S SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–5156. WILSON v. BUREAU OF PRISONS. C. A. 8th Cir. Certiorari denied.

No. 95–5157. MCCARTHY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5158. SELLERS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–5159. MACK v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 95–5160. KING v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–5161. HUNT v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 95–5162. DAVIS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–5163. BISHOP v. STATE BAR OF GEORGIA. C. A. 11th Cir. Certiorari denied.